**Dated: July 19, 2022**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-28378 |
| | Chapter 13 |
| Stanley Ray Nevilles | Judge Jennie D. Latta |
| Susan Lavette Nevilles, | |
| | |
| Debtors. | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY LOCATED AT
3221 LYNCHBURG ST., MEMPHIS, TN 38134**

**COMES NOW** U.S. Bank National Association, not in its Individual Capacity but Solely as Trustee for RMTP Trust, Series 2021 BKM-TT ("Movant"), and the Debtor herein, by and through counsel, and agree that the Motion for Relief from the Automatic Stay of Section 362 shall be resolved as follows:

1. That since the filing of Movant's Motion for Relief, Debtors have since brought the home mortgage current and due for July 1, 2022.

2. That the current ongoing payment amount is $778.48 and shall continue to be paid direct by Debtors beginning July 1, 2022. Remittance address is:

> Rushmore Loan Management Services
> PO Box 52708
> Irvine, CA 92619-2708

3. That should the Debtors miss any future plan payments whereby Movant or any successor in interest fails to receive their ongoing and/or arrearage payment, then Movant or its successor, may re-set the Motion for Relief from the Automatic Stay by letter to the Court.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ Anne Marie Throne | /s/ Herbert D. Hurst |
| Anne Marie Throne (TN Bar No. 036224) | Attorney for Debtor |
| McMichael Taylor Gray, LLC | Herbert D. Hurst |
| 3550 Engineering Drive, Suite 260 | Hurst Law Firm, P.A. |
| Peachtree Corners, GA 30092 | P.O. Box 41497 |
| Telephone: (404) 474-7149 | Memphis, TN 38174-1497 |
| Facsimile: (404) 745-8121 | |
| E-mail: athrone@mtglaw.com | |
| MTG File No.: 22-000643-02 | |

/s//s/ Sylvia F. Brown
Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson Ave. Suite # 1113
Memphis, TN 38103

**Copies To:**

Herbert D. Hurst
Hurst Law Firm, P.A.
P.O. Box 41497
Memphis, TN 38174-1497

Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson Ave. Suite # 1113
Memphis, TN 38103

Stanley Ray Nevilles
3221 Lynchburg St.
Memphis, TN 38134

Susan Lavette Nevilles
3221 Lynchburg St.
Memphis, TN 38134

Anne Marie Throne
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092