**IN THE UNITED STATES BANKRPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| IN RE : | |
| : | |
| STANLEY RAY NEVILLES : | Case No. 19-28378 |
| SUSAN LAVETTE NEVILLES : | Chapter 13 |
| DEBTORS. : | Judge Jennie D. Latta |

-----------------------------------------------------------------------------------------------------------------

**RESPONSE TO DEBTORS' MOTION UNDER RULE 3002.1(e)**

**COMES NOW** U.S. Bank National Association, not in its Individual Capacity but Solely as Trustee for RMTP Trust, Series 2021 BKM-TT ("Creditor") a creditor in the above-captioned case, by and through counsel, and hereby responds to the Debtors' Motion Under Rule 3002.1(e), filed on October 7, 2022 (Doc. No. 56):

1. On September 29, 2022, Creditor filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges ("Notice"), in the total amount of $1,288.00.

2. On or about October 7, 2022, the Debtors filed the Motion Under Rule 3002.1(e) (Doc. No. 56) ("Motion"). The Motion alleges that fees and charges in the Notice should not be allowable.

3. Creditor asserts that the entirety of the fees and charges in the Notices should not be deemed unallowable and upon information and belief Creditor asserts the parties can come to an agreement in resolution of the Motion.

**WHEREFORE**, Creditor respectfully requests that the Court:

1. Grant Creditor an opportunity to be heard on the matter of the Motion;

2. Overrule the Motion; and

3. For other such relief as the Court deems just and proper.

This, the 27th day of October, 2022.

Respectfully Submitted,

By: /s/ Anne Marie Throne
Anne Marie Throne, TNBPR 036224
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com
MTG File No.: 22-000643-02

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

### VIA U.S. MAIL

Stanley Ray Nevilles
3221 Lynchburg St.
Memphis, TN 38134

Susan Lavette Nevilles
3221 Lynchburg St.
Memphis, TN 38134

### VIA CM/ECF

Herbert D. Hurst
Hurst Law Firm, P.A.
P.O. Box 41497
Memphis, TN 38174-1497

Sylvia F. Brown
200 Jefferson Ave. Suite # 1113
Memphis, TN 38103

Date:  October 27, 2022

    Respectfully Submitted,

By: /s/ Anne Marie Throne
Anne Marie Throne, TNBPR 036224
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com
MTG File No.: 22-000643-02